**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Martin RODRIGUEZ MARTINEZ, also
known as Chivo, Defendant–
Appellant.**

**No. 15–10215
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Martin Rodriguez Martinez, Beaumont, TX, pro se.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Martin Rodriguez Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rodriguez Martinez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rodriguez Martinez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.